## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

SHAINA WILKINS and

EMANUEL MAYS, as Surviving

Parents of Decedent E.W.

     *Plaintiffs*,

     v.

BRAD ARTEAGA, et al,

     *Defendants*.

Case No. 4:25-cv-00645-NCC

## DEFENDANTS' RESPONSE TO ORDER

Defendants, by and through undersigned counsel, hereby respond to the docket text order, Doc. 67 as follows:

Defendants have no objection to the Third Motion to Amend Scheduling Order (Doc. 66).

Respectfully submitted,


**CATHERINE L. HANAWAY**
Attorney General

*/s/ Jessica L. Ward*
Jessica L. Ward, #57389
Assistant Attorney General
149 Park Central Sq. Suite 1017
Springfield, MO 65806
Telephone: (417) 895-6567
Facsimile:  (417) 895-6382
Jessica.Ward@ago.mo.gov

*Attorney for the Board and Individual*
*Board Members and Brett Carlson*


## Certificate of Service

I hereby certify that on Monday, May 18, 2026, a copy of the foregoing was electronically filed via the Court's electronic case management system (CM/ECF), which shall effect electronic service upon all counsel of record.


*/s/ Jessica L. Ward*
Jessica L. Ward

2