**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| SHAINA WILKINS and<br>EMANUEL MAYS, as Surviving<br>Parents of Decedent E.W.<br>*Plaintiffs*,<br>v.<br>BRAD ARTEAGA, et al,<br>*Defendants*. | Case No. 4:25-cv-00645-NCC |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

COME NOW Defendants St. Louis Board of Police Commissioners and Detective Brett Carlson ("Carlson') (collectively "Defendants"), by and through their attorney Jessica L. Ward, Assistant Attorney General, and pursuant to Rule 56 of the Federal Rules of Civil Procedure and local rule, respectfully move this Court to grant summary judgment in their favor and against Plaintiffs because there are no genuine issues of material fact and Defendants are entitled to judgment as a matter of law. In support, Defendants file their statement of facts and suggestions in support together with this motion. Defendants additionally state:

1. Detective Carlson's use of force was objectively reasonable because he had probable cause to believe E.W posed a threat of serious physical harm.
2. Detective Carlson is entitled to qualified immunity from Count II because his conduct comported with and did not violate clearly established law.
3. The St. Louis Board of Police Commissioners and individual members are entitled to sovereign immunity for the claims within Counts IV and V. Count I fails to state

a claim against the individual board members in their official capacities.

4. Plaintiffs' state law claims against Detective Carlson in Count III also fail pursuant to Section 563.046 RSMo.

WHEREFORE, for the reasons set forth above, Defendants respectfully request that this honorable Court grant summary judgment in favor of Defendants and against Plaintiff.

Respectfully submitted,

**CATHERINE L. HANAWAY**
Attorney General

*/s/ Jessica L. Ward*
Jessica L. Ward, #57389
Assistant Attorney General
149 Park Central Sq. Suite 1017
Springfield, MO 65806
Telephone: (417) 895-6567
Facsimile: (417) 895-6382
Jessica.Ward@ago.mo.gov
*Attorney for the Board and Individual Board Members and Detective Carlson*