**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

SHAINA WILKINS, et al., )
)
*Plaintiffs*, )
)
v. )
) No. 4:25-cv-00645-JMD
BRAD ARTEAGA, et al., )
)
*Defendants*. )
)

# <u>JUDGMENT</u>

In accordance with the Memorandum and Order entered on this date,

The Court **GRANTS** Defendants' motion for summary judgment, ECF 70, on Counts I and II of Plaintiffs' Amended Complaint, ECF 37. The Court declines to exercise supplemental jurisdiction over Counts III through V of Plaintiffs' Amended Complaint, ECF 37.

Dated this 10th day of November, 2026

JOSHUA M. DIVINE
UNITED STATES DISTRICT JUDGE
FOR THE EASTERN AND WESTERN
DISTRICTS OF MISSOURI